CLERK U... COURT
NORTH ... OF TX
LUB ... 

2022 FEB 28 PM 4:25

BY
DEPUTY

02/21/2022

I'm writing simply because I feel my Civil Rights are being violated!

Also, I feel that I'm being held against my will here in jail, and I feel my life is in danger. Please hear my plea.

# HELP!!!

Sincerely,
Moya, Joe

Maya Jane
810 Lockwood St.
Tahoka, TX 79373

(Legal Mail)

RECEIVED
FEB 28 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

United States
Office of the Clerk
1205 Texas Ave. #306